# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

Case No.: 21-21695
Chapter: Chapter 13

**In Re:**

**Kip Seremjian**

## WITHDRAWAL

Please be advised that the Notice of Motion and Notice of Hearing filed on April 8, 2021 is hereby withdrawn.

Respectfully submitted and dated this Friday, April 9, 2021.

By: _/s/ Anthony J. Kryshak_
Anthony J. Kryshak
Attorney for the Debtor
Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com